**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |
| | ECF Case |

*This document relates to:*

- **Castilla et al. vs. Kingdom of Saudi Arabia, Docket Number 18-cv-11645 – please see list of all plaintiffs on attached Rider**

- **Escowitz et al. vs. Kingdom of Saudi Arabia, Docket Number 18-cv-11713 - please see list of all plaintiffs on attached Rider**

- **Allen et al. vs. Kingdom of Saudi Arabia, Docket Number 18-cv-11795 - please see list of all plaintiffs on attached Rider**

- **Mawra et al. vs. Kingdom of Saudi Arabia, Docket Number 18-cv-11839 - please see list of all plaintiffs on attached Rider**

- **Bobbitt et al. vs. Kingdom of Saudi Arabia, Docket Number 18-cv-11886 - please see list of all plaintiffs on attached Rider**

- **Chiu et al. vs. Kingdom of Saudi Arabia, Docket Number 18-cv-11893 - please see list of all plaintiffs on attached Rider**

- **Abbanato et al. vs. Kingdom of Saudi Arabia, Docket Number 18-cv-11996 - please see list of all plaintiffs on attached Rider**

## NOTICE OF CONDITIONAL CROSS-APPEAL

NOTICE is hereby given that, in the event the United States Court of Appeals for the Second Circuit finds that it possesses jurisdiction as to the Kingdom of Saudi Arabia's interlocutory appeal (MDL ECF No. 11215), all Plaintiffs in the above-captioned actions hereby cross-appeal to the United States Court of Appeals for the Second Circuit from (1) the Memorandum Decision and Order of the United States District Court for the Southern District of New York dated March 28, 2018 (MDL ECF No. 3946) ("MTD Denial Order"), a copy of which

is attached as Exhibit A, to the extent the MTD Denial Order declined or failed to consider certain of Plaintiffs' alternative theories of jurisdiction under the Foreign Sovereign Immunities Act and/or related theories of liability, including without limitation Plaintiffs' theories concerning additional tortious conduct of the Kingdom of Saudi Arabia and/or the tortious conduct of additional agents and officials of the government of Saudi Arabia, Plaintiffs' theories of secondary liability, and/or Plaintiffs' theories of jurisdiction under the non-commercial tort-exception; (2) the Memorandum Decision and Order of the United States District Court for the Southern District of New York, dated August 28, 2025 (MDL ECF No. 11180) ("Rule 72 Order"), a copy of which is attached as Exhibit B, overruling Rule 72 objections to Magistrate Judge Netburn's December 11, 2024 Opinion & Order (MDL ECF No. 10615), a copy of which is attached as Exhibit C, to the extent the Rule 72 Order excludes certain of Plaintiffs' expert witnesses from testifying or limits the scope of their testimony in relation to the jurisdictional inquiry under the Foreign Sovereign Immunities Act or otherwise; (3) the Order of the United States District Court for the Southern District of New York, dated January 26, 2024 (MDL ECF No. 9562), a copy of which is attached as Exhibit D, striking declarations from Plaintiffs' fact and expert witnesses; (4) the Memorandum Decision and Order of the United States District Court for the Southern District of New York, dated February 7, 2023 (MDL ECF No. 8862), a copy of which is attached as Exhibit E, declining to revise the Court's MTD Denial Order and find jurisdiction pursuant to certain theories under the Justice Against Sponsors of Terrorism Act, Pub. L. No. 114-222, 130 Stat. 852 (2016) and related law, including theories of jurisdiction and liability under principles of secondary liability; and (5) the Memorandum Decision and Order of the United States District Court for the Southern District of New York, dated August 28, 2025 (MDL ECF No. 11182) ("Renewed MTD

Denial Order"), a copy of which is attached as Exhibit F, to the extent the Renewed MTD Denial Order incorporated or rested upon aspects of the prior orders referenced in (1)-(4) above.

This is a conditional cross-appeal, filed solely to preserve Plaintiffs' appellate rights in light of the Kingdom of Saudi Arabia's Notice of Appeal on September 8, 2025 (MDL ECF No. 11215). Plaintiffs submit that the Second Circuit lacks jurisdiction over the Kingdom of Saudi Arabia's interlocutory appeal as not falling within the collateral order doctrine. If the Second Circuit nevertheless concludes that it does have appellate jurisdiction, then Plaintiffs intend to proceed with their cross-appeal from the rulings as indicated above.

Dated:  September 19, 2025                     Respectfully submitted,

                                               Daniel J. Hansen

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Notice of Conditional Cross-Appeal was electronically filed this 3rd day of October, 2025, Notice of this filing will be served upon all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system.

Daniel J. Hansen

Rider

| Anthony Casilla | Newburgh | NY | Orange |
|---|---|---|---|
| Brenda Catalanello | Madison | NJ | Morris |
| Robert Catalanello | Madison | NJ | Morris |
| Anita Cefalo | Brooklyn | NY | Kings |
| Peter Cefalo | Brooklyn | NY | Kings |
| Nina Cerfolio | New York | NY | New York |
| Balbina Cernadas | Union | NJ | Union |
| Albert Cernadas | Union | NJ | Union |
| Xiu M. Chen | New York | NY | New York |
| Zhen Jun Chen | New York | NY | New York |
| Myrta M. Chico-Acevedo | New York | NY | New York |
| Walter Chrynwski | New York | NY | New York |
| Olga Churiy | Danbury | CT | Fairfield |
| Theodore Cimino | Surprise | AZ | Maricopa |
| Pamela Cleaves | New York | NY | New York |
| Fred Cohen | Manalapan | NJ | Monmouth |
| Peter Cole | Charolette | NC | Mecklenburg |
| Bashiek Collins | Wallkill | NY | Ulster |
| Anthony Compoccia | New York | NY | New York |
| Lydia Concepcion | New York | NY | New York |
| Peter Corazzi | Peckville | PA | Lackawanna |
| Stella Cortijo | New York | NY | New York |
| Joann Costarella | Edison | NJ | Middlesex |
| Richard Costarella | Edison | NJ | Middlesex |
| Jean Cotroneo | Bay Shore | NY | Suffolk |
| John Coughlin | Deer Park | NY | Suffolk |
| Janine Crafa | Stewart Manor | NY | Nassau |
| Aida Cruz | Bay Shore | NY | Suffolk |
| Iris Cruz | Lancaster | PA | Lancaster |
| Michael Cruz | Lancaster | PA | Lancaster |
| Douglas Curtis | New York | NY | New York |
| Kevin Curtis | Ringoes | NJ | Hunterdon |
| Leszek Cybulski | Brooklyn | NY | Kings |
| Kevin Daly | Middle Island | NY | Suffolk |
| Lisa Daly | Middle Island | NY | Suffolk |
| Elizabeth D'Angelo | Somerset | NJ | Somerset |
| Joseph D'Angelo | Somerset | NJ | Somerset |
| Vincent D'Antonio | Hazlet | NJ | Monmouth |
| Wilhelmina Davis-Skinner | Cambria Heights | NY | Queens |
| Albert DeAngelis | Staten Island | NY | Richmond |
| Luis Delgado | Medford | NY | Suffolk |
| Richard DePaola | Belford | NJ | Monmouth |
| Joseph DePhillips | N. Las Vegas | NV | Clark |

Rider

| | | | |
|---|---|---|---|
| James Derby | New York | NY | New York |
| Valerie Derbyshire | Myrtle Beach | SC | Horry |
| Faye Dewitt | Brooklyn | NY | Kings |
| Madeleine DiCicco | Baldwin | NY | Nassau |
| Robert DiCicco | Baldwin | NY | Nassau |
| Diana Dillinger | Argyle | TX | Denton |
| Mr. Kelly Dillinger | Argyle | TX | Denton |
| Michelle DiLoreto | Clearwater | FL | Pinellas |
| Richard DiLoreto | Clearwater | FL | Pinellas |
| Illona DiMiceli | Highland Mills | NY | Orange |
| John DiMiceli | Highland Mills | NY | Orange |
| Mary Ellen Dineen-Madden | Hempstead | NY | Nassau |
| Corrine DiPierro | Garden City | NY | Nassau |
| Mark DiPierro | Garden City | NY | Nassau |
| Victoria Discon | Scranton | PA | Lackawanna |
| Brian Docherty | Sparta | NJ | Sussex |
| Clyde Dodds | Tobyhanna | PA | Monroe |
| John Dolan | Hawthorne | NJ | Passaic |
| James Donahue | Boca Raton | FL | Palm Beach |
| Joan Donahue | Boca Raton | FL | Palm Beach |
| Theresa Donohue | St. James | NY | Suffolk |
| Thomas S. Donohue | St. James | NY | Suffolk |
| Irene Dorf | Brooklyn | NY | Kings |
| Christine Dougherty | Bayport | NY | Suffolk |
| Terence Dougherty | Bayport | NY | Suffolk |
| James A. Drohan | Ossining | NY | Westchester |
| Lisa Dudek | Florida | NY | Orange |
| Paul Dudek | Florida | NY | Orange |
| Frederick Dufek | Middleburgh | NY | Schoharie |
| Jason Dufek | Bay Shore | NY | Suffolk |
| Laurie Dufek | East Islip | NY | Suffolk |
| Robin Dufek | Middleburgh | NY | Schoharie |
| Troy Dufek | East Islip | NY | Suffolk |
| Michael Duffy | Vero Beach | FL | Indian River |
| Hilda Dunne | New York | NY | New York |
| Kenneth Dunne | New York | NY | New York |
| Vincent Dupont | Jersey City | NJ | Hudson |
| Lester Edelman | Roxbury | CT | Litchfield |
| Margaret Edelman | Roxbury | CT | Litchfield |
| Frances Ekblom | Ridgewood | NJ | Bergen |
| Neil Ekblom | Ridgewood | NJ | Bergen |
| Emilian Emeagwali | Elmont | NY | Nassau |
| Patrick Emeagwali | Elmont | NY | Nassau |
| Jane Eng | New York | NY | New York |

Rider

| | | | |
|---|---|---|---|
| Ronald Erbel | Key Biscayne | FL | Miami-Dade |
| Rene Escabi Segarra | New York | NY | New York |
| Julio Escalante | Jackson Heights | NY | Queens |
| Terri Hoffman | Jackson Heights | NY | Queens |
| Maureen Jackman-DePaola | Belford | NJ | Monmouth |
| Donald Kelly | Danbury | CT | Fairfield |
| Stanley Kornfeld | New York | NY | New York |
| Renee Legette | Tobyhanna | PA | Monroe |
| Guanghai Li | New York | NY | New York |
| Christopher Mouhlas | Brooklyn | NY | Kings |
| Kelly O'Neill-Duffy | Vero Beach | FL | Indian River |
| Giacomo Pesce | Suprise | AZ | Maricopa |
| Patricia Samuel | N. Las Vegas | NV | Clark |
| Rhoda Yin | New York | NY | New York |

Rider

| | | | |
|---|---|---|---|
| George Escowitz | Flushing | NY | Queens |
| Rafael Estrada | Jersey City | NJ | Hudson |
| Sandra Estrada | Jersey City | NJ | Hudson |
| Joel Ezra | Rockville Centre | NY | Nassau |
| Maxine S. Ezra | Rockville Centre | NY | Nassau |
| Fanny Fallarco | Maspeth | NY | Queens |
| Thomas Fallacaro | Maspeth | NY | Queens |
| Richard Famularo | Bronx | NY | Bronx |
| Carmen I. Fantauzzi | New York | NY | New York |
| Louis R. Fargelli | Newtown | CT | Fairfield |
| Rita Fargelli | Newtown | CT | Fairfield |
| Nasreen Fatima | Jamaica | NY | Queens |
| Elsa Feliciano | New York | NY | New York |
| Tom Fennell | Pearl River | NY | Rockland |
| Luis Fernandez | Monroe | NJ | Orange |
| James Fetherston | Islip Terrace | NY | Suffolk |
| Janet Fetherston | Islip Terrace | NY | Suffolk |
| Iwona Fidelus | Bayonne | NJ | Hudson |
| Mark Fidelus | Bayonne | NJ | Hudson |
| Jillian Fisher | Stamford | CT | Fairfield |
| Christopher Ford | Temple Terrace | FL | Hillsborough |
| Nicole Ford | Temple Terrace | FL | Hillsborough |
| Lugene Forte | New York | NY | New York |
| Daniel Fox | Farmingdale | NY | Nassau |
| John, Franke | Middletown | NJ | Monmouth |
| Miriam Franke | Middletown | NJ | Monmouth |
| Gerald Freitag | Stony Brook | NY | Suffolk |
| Jennifer Freitag | Stony Brook | NY | Suffolk |
| John Friscia | Brooklyn | NY | Kings |
| Kelly Friscia | Brooklyn | NY | Kings |
| Andrew Frothingham | New York | NY | New York |
| Michael Wayne Galvin | New York | NY | New York |
| Patrice Galvin | New York | NY | New York |
| Luz Garcia | Vernon Township | NJ | Sussex |
| Rafael Garcia | Vernon Township | NJ | Sussex |
| Joanne Gardener | White Plains | NY | Westchester |
| Steven Gardener | White Plains | NY | Westchester |
| Francois Geerts | Nicholson | PA | Wyoming |
| Kathryn Geerts | Nicholson | PA | Wyoming |
| Greg Gerkens | Holbrook | NY | Suffolk |
| Annie Gibson | New York | NY | New York |
| Charles J. Giglio | No. Bellmore | NY | Nassau |
| Marilyn Giglio | No. Bellmore | NY | Nassau |
| Cleveena Gilbert | South River | NJ | Middlesex |

Rider

| | | | |
|---|---|---|---|
| Kevin Gilbert | South River | NJ | Middlesex |
| Orbiedella Gilchrist | Charlotee | NC | Mecklenburg |
| Catherine Giliberti | Loxahatchee | FL | Palm Beach |
| Lawrence J. Giuffre | West Hempstead | NY | Nassau |
| Diana Goldberg | Brooklyn | NY | Kings |
| Hugo Gomez | Glendale | NY | Queens |
| Maria Gomez | Glendale | NY | Queens |
| Angelo Gonzalez | Miami | FL | Miami-Dade |
| Monica Gonzalez | Bronx | NY | Bronx |
| Ramonita Gonzalez | Miami | FL | Miami-Dade |
| Susan Gonzalez | Bronx | NY | Bronx |
| John Goodwin | New York | NY | New York |
| Christine Gott | Staten Island | NY | Richmond |
| William Gott | Staten Island | NY | Richmond |
| Edward Goucher | Hampton Bays | NY | Suffolk |
| John Graves | Putnam Valley | NY | Putnam |
| Marie Graves | Putnam Valley | NY | Putnam |
| Carol H. Gray | Staten Island | NY | Richmond |
| Glenn Gray | Staten Island | NY | Richmond |
| Bruce Green | Flushing | NY | Queens |
| Anthony Grego | Bellerose | NY | Nassau |
| Sheila Grimes | New York | NY | New York |
| Victoria Groce | Hempstead | NY | Nassau |
| Albert Grotell | New York | NY | New York |
| Natalie Guerrido | Tamaqua | PA | Schuylkill |
| Joseph Guidice | Smithtown | NY | Suffolk |
| Kelly Guidice | Smithtown | NY | Suffolk |
| Ronald F. Harbachuk | Edison | NJ | Middlesex |
| Jeffrey C. Haring | Gilbertsville | PA | Montgomery |
| Elizabeth Harman-Arco | New York | NY | New York |
| Robert Harp | Cheverly | MD | Prince George's |
| Selena Harris | New York | NY | New York |
| Lorinda Henderson | Brooklyn | NY | Kings |
| Sonia, Hetnick | Kill Devil Hills | NC | Dare |
| William Hentnik | Kill Devil Hills | NC | Dare |
| James Herman | New Rochelle | NY | Westchester |
| Barbara Hickey | East Hills | NY | Nassau |
| John Hickey | East Hills | NY | Nassau |
| Constance Hicks | Amityville | NY | Suffolk |
| Cynthia Hicks | West Palm Beach | FL | Palm Beach |
| Patrick L. Hicks | West Palm Beach | FL | Palm Beach |
| Robert Hicks | Amityville | NY | Suffolk |
| Karen Hogan | Franklin Square | NY | Nassau |
| Patrick Hogan | Franklin Square | NY | Nassau |

Rider

| Thomas Irwin | Saint Regis Falls | NY | Franklin |
|---|---|---|---|
| Bertina Jackson | West Babylon | NY | Suffolk |
| Tynetta Jackson | North Baldwin | NY | Nassau |
| Marie Jean-Philippe | Copiague | NY | Suffolk |
| Wilfred Jean-Philippe | Copiague | NY | Suffolk |
| Francine Jenkins | Bellerose | NY | Nassau |
| Nathaniel Jenkins | Bellerose | NY | Nassau |
| Alan Jennings | West Hempstead | NY | Nassau |
| Karen Jennings | West Hempstead | NY | Nassau |
| Dawn-Marie McComb-Giuffre | West Hempstead | NY | Nassau |
| Suilan Mo-Escowitz | Flushing | NY | Queens |
| Willie Wheeler | West Babylon | NY | Suffolk |

Rider

| | | | |
|---|---|---|---|
| Cheri Lynn Allen | Santa Cruz | CA | Santa Cruz |
| Vinish Arjune o/b/o Bhagwattie Dhanraj-Arjune | Hollis | NY | Queens |
| Peter Arnone o/b/o Josephine Cagna | New York | NY | New York |
| Sharon Benka o/b/o Frederick Benka | Hales Corners | WI | Milwaukee |
| Tanya Bentley o/b/o Gary Bentley | Bronx | NY | Bronx |
| Skip Blumberg o/b/o Jane Frances Aaron | New York | NY | New York |
| Caroline Bonnen o/b/o Christopher Santana | Valley Stream | NY | Nassau |
| Margaret D. Brown o/b/o Hosea Brown Jr. | Brooklyn | NY | Kings |
| Tameka Brown o/b/o Lelia Brown | Bronx | NY | Bronx |
| John Carroll | Massapequa | NY | Nassau |
| Renee Chamoula o/b/o Cesar Chamoula | Brooklyn | NY | Kings |
| Michael Chennisi o/b/o Richard A. Chennisi | East Greenwich | RI | Kent |
| Joanne Y. Chu o/b/o James T. Chu | Flushing | NY | Queens |
| Susan H. Cooper o/b/o David G. Cooper | New York | NY | New York |
| Joanne Curtin o/b/o John Curtin | Bellerose | NY | Nassau |
| Jeanne Diachok o/b/o Alexander Diachok | Seaford | NY | Nassau |
| Li You Dong o/b/o Yi Tian Dong | Aiken | SC | Aiken |
| Shawn Douglas | North Baldwin | NY | Nassau |
| Theodore Eberle o/b/o Fletcher | Breezy Point | NY | Queens |
| Ayva Engelhardt o/b/o Fredrick Engelhardt | New York | NY | New York |
| Kurt Feldhun o/b/o/ Lawrence Feldhun | Pound Ridge | NY | Westchester |
| William Flynn o/b/o Margaret Flynn-Smith | Malverne | NY | Nassau |
| Peggy Gallagher | Lakewood Ranch | FL | Manatee |
| Belinda Gibson o/b/o/ Alton Gibson | New York | NY | New York |
| Gloria Glover o/b/o Mattie Glover | Newark | DE | New Castle |
| Salvatore Grippi | Massapequa Park | NY | Nassau |
| Victoria Grippi | Massapequa Park | NY | Nassau |
| Mary Ellen Guerriero o/b/o Robert Fanelli | Medford | NY | Suffolk |
| Gloria Hayes o/b/o Thomas P. Hayes | Morganville | NJ | Monmouth |
| Debra Hyndman o/b/o John Fabitti | New York | NY | New York |
| Kevin Hyndman o/b/o Michell Hyndman | Rome | NY | Oneida |
| Christine Jensen o/b/o Chris Jensen | Edison | NJ | Middlesex |
| Pankaj Jhaveri | Flushing | NY | Queens |
| Curtis Johnson | Laurelton | NY | Queens |
| Phyllis Y. Johnson | Brooklyn | NY | Kings |
| Nichole Johnston | Bohemia | NY | Suffolk |
| Peter Johnston | Bohemia | NY | Suffolk |
| Cleveland Jones | Rosedale | NY | Queens |
| Sean Jones | Bridgeport | CT | Fairfield |
| Benjamin A. Jubela-Gordon | New York | NY | New York |
| Komaldai Jugmohan | Jamaica | NY | Queens |
| Larisa Kalman | Brooklyn | NY | Kings |
| Sergey Kalman | Brooklyn | NY | Kings |
| Joseph Kalter | New York | NY | New York |

Rider

| | | | |
|---|---|---|---|
| Choi Kam Chan o/b/o Shui Jiang | New York | NY | New York |
| John Kane | Teaneck | NJ | Bergen |
| Joseph D. Kasulka | Baldwin | NY | Nassau |
| Brian Kelly | Palm Beach Garden | FL | Palm Beach |
| Lorraine Kelly | New York | NY | New York |
| Ali Khan | Richmond Hill | NY | Queens |
| Muhammad Khan | Plano | TX | Collin |
| Laura Kirklewski o/b/o Matthew Kirklewski | Wawatosa | WI | Milwaukee |
| Marilyn Kitman | Deerfield Beach | FL | Broward |
| David Klopman | Commack | NY | Suffolk |
| Edward Kosoff | Far Rockaway | NY | Queens |
| Donna Kotasek | Brookhaven | NY | Suffolk |
| Gregory Kotasek | Brookhaven | NY | Suffolk |
| Bonnie A. Kuethen | St. James | NY | Suffolk |
| Joseph Kuethen | St. James | NY | Suffolk |
| Donald Kuney | Leesburg | VA | Loudoun |
| Christina Kwon | Montclair | NJ | Essex |
| Jubin Kwon | Montclair | NJ | Essex |
| James Lamb | Central Islip | NY | Suffolk |
| Christina Lamendola o/b/o Chris Lamendola | Yonkers | NY | Westchester |
| Patricia Ledek o/b/o Michael Ledek | Holly Springs | NC | Wake |
| Natasha Lee | Bronx | NY | Bronx |
| Robert Lenahan | Commack | NY | Suffolk |
| Bonnie Lerner | New York | NY | New York |
| Cheung L. Leung | New York | NY | New York |
| Stephen Leung o/b/o Ka Huen Leung | Pine Brook | NJ | Morris |
| William Levy | Edgewater | FL | Volusia |
| Michael Lewis o/b/o Antonia Lewis | Richmond Hill | NY | Queens |
| Wei Gin Li | New York | NY | New York |
| Dennis Lionarons | Glen Cove | NY | Nassau |
| Brian Little | Belle Harbor | NY | Queens |
| Joyce Little` | Belle Harbor | NY | Queens |
| Cathy Lockman o/b/o Edward Farrell | Las Cruces | NM | Dona Ana |
| Jill Logan | Bellerose Village | NY | Nassau |
| Thomas Logan | Bellerose Village | NY | Nassau |
| Virginia Lomnicki | New York | NY | New York |
| Sara Long | Norwich | NY | Chenango |
| Angela Lozito | Westbury | NY | Nassau |
| Vladimir Lukin | Brooklyn | NY | Kings |
| Eugene Luning | New York | NY | New York |
| Vincent Luongo | Morristown | NJ | Morris |
| Robert MacIntire | New Canaan | CT | Fairfield |
| George Maitland | Irmo | SC | Richland |
| Sarah L. Maitland | Irmo | SC | Richland |

Rider

| Robert Malone | New York | NY | New York |
|---|---|---|---|
| Donna Maloney | Ridgewood | NY | Queens |
| James Maloney | Ridgewood | NY | Queens |
| Judy Manalastas | Nashville | TN | Davidson |
| Eugene Marcaida | Palm City | FL | Martin |
| Joseph Marino | Howell | NJ | Monmouth |
| Ray T Marschall | Old Greenwich | CT | Fairfield |
| Socorro Martinez | Woodside | NY | Queens |
| Nicholas Martino | Marlboro | NJ | Monmouth |
| William Masella | Red Bank | NJ | Monmouth |
| Miriam Oh | New Canaan | CT | Fairfield |

Rider

| Barbara C. Mawra | Middle Island | NY | Suffolk |
| Joseph Mawra | Middle Island | NY | Suffolk |
| Steven McAllister | Stone Mountain | GA | DeKalb |
| Patricia McCarthy o/b/o Dennis P. McCarthy | Massapequa Park | NY | Nassau |
| Jeffrey McClough | Brooklyn | NY | Kings |
| Sheryl McClough | Brooklyn | NY | Kings |
| Daniel McColgan | Mastic | NY | Suffolk |
| Debbie McColgan | Mastic | NY | Suffolk |
| Milton McCormack | Brooklyn | NY | Kings |
| Alisa McCoy | Staten Island | NY | Richmond |
| Thomas McCoy | Staten Island | NY | Richmond |
| Kevin McDevitt | Venice | FL | Sarasota |
| Robert McGuckin | Valhalla | NY | Westchester |
| Vittoria F. McGuckin | Valhalla | NY | Westchester |
| Dennis McGunagle | Washington DC | | Washington |
| Lois McNally | New York | NY | New York |
| Michael McNally | Weston | CT | Fairfield |
| Rose McNally | Weston | CT | Fairfield |
| Sheilisa McNeal | Avenel | NJ | Middlesex |
| Gary Meade | Atkinson | NH | Rockingham |
| Martha Meade | Atkinson | NH | Rockingham |
| Michael Melia | New York | NY | New York |
| Ira Menkes | New York | NY | New York |
| Lisa Merkle | Miami | FL | Miami-Dade |
| Joanne Mifsud | Massapequa Park | NY | Nassau |
| John Mifsud | Massapequa Park | NY | Nassau |
| Monica Mikoleski o/b/o Edward Mikileski | Lindenurst | NY | Suffolk |
| Bonnie Miles | Elmont | NY | Nassau |
| Thomas Miller | Freehold | NJ | Monmouth |
| Jeffrey Milosevich o/b/o Chad Milosevich | Aurora | CO | Arapahoe |
| Rosa Miranda | New York | NY | New York |
| Jerome Mitchell | Rosedale | NY | Quw |
| Lana Mitchell | Rosedale | NY | Queens |
| Sharon Mitchell | East Orange | NJ | Essex |
| Steven Mitchell | East Orange | NJ | Essex |
| Carmela Modafferi | Staten Island | NY | Richmond |
| Paul R. Modafferi | Staten Island | NY | Richmond |
| Ricardo Montero | Far Rockaway | NY | Queens |
| Juan Montoya | Middle Village | NY | Queens |
| Gloria Moore o/b/o Scott Moore | Littleton | CO | Arapahoe |
| David Morales | New York | NY | New York |
| Tricia Moretti | Staten Island | NY | Richmond |
| Lori Morgan | Orlando | FL | Orange |
| Judith Morris o/b/o Richard Morris | Syosset | NY | Nassau |

Rider

| | | | |
|---|---|---|---|
| Leoline Morris | Bloomfield | NJ | Essex |
| Peter Morris | Bloomfield | NJ | Essex |
| Milivoj Mrakovcic | New Hyde Park | NY | Nassau |
| Farooq Muhammad | Deer Park | NY | Suffolk |
| Ashia Muhammed | Deer Park | NY | Suffolk |
| Patrick Mullooly | Wyandanch | NY | Suffolk |
| Eva Murphy | Bridgeport | NY | New York |
| John Steven Murphy | Bridgeport | NY | Madison |
| Kevin Murphy | Levittown | NY | Nassau |
| Michael Murphy | Marlton | NJ | Burlington |
| Timothy Myles | New York | NY | New York |
| Caroline Nardino o/b/o John Anthony Nardino | Moriches | NY | Suffolk |
| Harry Nasse | Sussex | NJ | Sussex |
| Leda Nasse | Sussex | NJ | Sussex |
| Ronald Natole | Brick | NJ | Ocean |
| Richard Nemickas o/b/o Kestutis Nemickas | Syosset | NY | Nassau |
| Lauren Newman | Downington | PA | Chester |
| Michael Nichols | West Palm Beach | FL | Palm Beach |
| Igor Nikitenko | Cheektowaga | NY | Erie |
| Sarah Nikitenko | Cheektowaga | NY | Erie |
| Natalie Nurse | Lauderhill | FL | Broward |
| Joan O'Brien | Babylon | NY | Suffolk |
| Gabriele O'Connell | Leesburg | VA | Loudoun |
| Scott W. O'Connell | Leesburg | VA | Loudoun |
| Heather O'Dell | Yorktown Heights | NY | Westchester |
| Ryan E. O'Dell | Yorktown Heights | NY | Westchester |
| Patricia Oleszko | New York | NY | New York |
| Rosa Olivencia | Bronx | NY | Bronx |
| Edda Padilla | Islip Terrace | NY | Suffolk |
| Felix Padilla | Islip Terrace | NY | Suffolk |
| Frank Palazzo | Brick | NJ | Ocean |
| John Pappas | New York | NY | New York |
| Kristy Parrella o/b/o Thomas Madden | Rocky Point | NY | Suffolk |
| Yvette Parsons o/b/o Desmond Townsend | Bronx | NY | Bronx |
| Denise Pasqualicchio | Howell | NJ | Monmouth |
| John Pasqualicchio | Howell | NJ | Monmouth |
| Angelo Passanante | Hendersonville | TN | Sumner |
| Mary Passanante | Hendersonville | TN | Sumner |
| Dulce Amada Pena | New York | NY | New York |
| Miguel Pena | Bronx | NY | Bronx |
| Frances D. Pennington | Las Vegas | NV | Clark |
| Thomas Pennington | Las Vegas | NV | Clark |
| Erin Perry | Middletown | NY | Orange |
| Michael Perry | Middletown | NY | Orange |

Rider

| | | | |
|---|---|---|---|
| Thomas Pickarski | New York | NY | New York |
| Gwendolyn Pierce | Jamaica | NY | Queens |
| Karen Porter | Brooklyn | NY | Kings |
| Moshe Portnoy | Brooklyn | NY | Kings |
| Thomas Pournaras | Locust Valley | NY | Nassau |
| Maryann Prato | New Rochelle | NY | Westchester |
| James Prewitt | Hanahan | SC | Berkeley |
| Jennifer D. Prewitt | Hanahan | SC | Berkeley |
| Kerri Purdy o/b/o Michael Purdy | Mendham | NJ | Morris |
| Francine Scotto-Martino | Marlboro | NJ | Monmouth |
| Sean Tullo | Staten Island | NY | Richmond |
| Jyoti Zaveri | Flushing | NY | Queens |

Rider

| Michael Lee Bobbitt o/b/o Ann Rendules | Gainesville | FL | Alachua |
|---|---|---|---|
| Anita Chen o/b/o Qu Zhao Ou | Brooklyn | NY | Kings |
| Siu Y. Chiu o/b/o Chung Lam Mui | New York | NY | New York |
| Toni Franks o/b/o Joan Pisano | Staten Island | NY | Richmond |
| Allison Kellan o/b/o Salvatore Trani | Mill Neck | NY | Nassau |
| Kum Shui Lee | New York | NY | New York |
| Paula Quenelle | Saratoga Springs | NY | Saratoga |
| Dennis Quinn | Warwick | NY | Orange |
| Sonia Quinones | New York | NY | New York |
| Jorge Quiroz | Corona | NY | Queens |
| Edward Rademaker | Plainfield | NJ | Union |
| Duane Ragan | Conway | SC | Horry |
| Linda Ragan | Conway | SC | Horry |
| Robert Ramirez | New York | NY | New York |
| Rosa Ramirez | New York | NY | New York |
| Wanda Ramos | Kissimmee | FL | Osceola |
| Anita Rana | Bellerose | NY | Nassau |
| Tej Rana | Bellerose | NY | Nassau |
| Walter Rastatter o/b/o William Rastatter | Yonkers | NY | Westchester |
| Ronald Reda | Union Beach | NJ | Monmouth |
| Sandra C. Reese o/b/o James T. Reese | Williamsburg | VA | James City |
| Doris Reid | Jamaica | NY | Queens |
| Scott Resnik | Mastic | NY | Suffolk |
| Stephanie Resvanis o/b/o Mary Mavromatis | New Rochelle | NY | Westchester |
| Isaac Rhabb | West Hempstead | NY | Nassau |
| Winsome Rhabb | West Hempstead | NY | Nassau |
| Sylvia D Rhodes | Poughkepsie | NY | Dutchess |
| Thomas Rhodes | Poughkepsie | NY | Dutchess |
| Shari Ricco | Brooklyn | NY | Kings |
| Alton Riddick | Brooklyn | NY | Kings |
| Ceasar Rivera | Emerson | NJ | Bergen |
| James Rivera | Yonkers | NY | Westchester |
| Sharon Robinson | New York | NY | New York |
| Ebony Robinson-Toone | West Orange | NJ | Essex |
| Denise Rodriguez | Ozone Park | NY | Queens |
| Saul Rodriguez | New York | NY | New York |
| Victor Rodriguez | Ozone Park | NY | Queens |
| Vanessa Rogers-Hall | Pittsburgh | PA | Allegheny |
| Jerone Rolle | Staten Island | NY | Richmond |
| Felipe Roman | Huntersville | NC | Mecklenburg |
| Carole Romeo | New York | NY | New York |
| Janet Rotter o/b/o Lorraine Rotter | New York | NY | New York |
| Dabs Rousseau | Fort Lauderdale | FL | Broward |
| Fred Rubin | Mineola | NY | Nassau |

Rider

| | | | |
|---|---|---|---|
| Judith Rubin | Mineola | NY | Nassau |
| Anna Pei Rupprecht | Sunnyvale | CA | Santa Clara |
| Joseph Russell | Merrick | NY | Nassau |
| Patricia Russell | Merrick | NY | Nassau |
| Eric Sabinsky | Wantagh | NY | Nassau |
| Wendy Sabinsky | Wantagh | NY | Nassau |
| Michael Sabo | Brooklyn | NY | Kings |
| Barbara Sacco | Maspeth | NY | Queens |
| Nick Sacco | Maspeth | NY | Queens |
| Guadalupe Salazar | Brooklyn | NY | Kings |
| Pedro Salazar | Brooklyn | NY | Kings |
| Scott Samuels | Philadelphia | PA | Philadelphia |
| Maria Sanabria | New York | NY | New York |
| Anthony Santora | St. Johns | FL | St. Johns |
| Michele Saponara-Grassi | New York | NY | New York |
| Frank Saulle | Staten Island | NY | Richmond |
| Norma Scale | Brooklyn | NY | Kings |
| Ralph Scannapieco | Kings Park | NY | Suffolk |
| Barbara Scattareggia | Garden City | NY | Nassau |
| Joseph Scattareggia | Garden City | NY | Nassau |
| David Schneck | Bayport | NY | Suffolk |
| Katy Schneck | Bayport | NY | Suffolk |
| Malvin Schuster | New York | NY | New York |
| Michael J. Sclafani | Mahopac | NY | Putnam |
| Victoria Sclafani | Mahopac | NY | Putnam |
| Veronica Serrone | Woodbury | NY | Nassau |
| Desmond Seville | Brooklyn | NY | Kings |
| Matthew Shafiroff | Briarcliff Manor | NY | Westchester |
| Patrick Sheldon o/b/o John Cassidy | New York | NY | New York |
| Maureen Shindle | East Stroudsberg | PA | Monroe |
| Bhaskar Sil | Deltona | FL | Volusia |
| Sonja Gisela Sil | Deltona | FL | Volusia |
| John Silverman | Babylon | NY | Suffolk |
| Penelope Simone | Fairview | NJ | Bergen |
| John Sjursen, Jr. | Patchogue | NY | Suffolk |
| Catherine Ann Sjursen | Patchogue | NY | Suffolk |
| Kevin Skinner | Carteret | NJ | Middlesex |
| Richard Solomon | Smithown | NY | Suffolk |
| Jean Somerville | New York | NY | New York |
| Paul Somerville | New York | NY | New York |
| Edward Sparrow | Levittown | NY | Nassau |
| April Spates | Newark | NJ | Essex |
| Ellen Spencer | Pearl River | NY | Rockland |
| John Spencer | Pearl River | NY | Rockland |

Rider

| Pamela Stankowitz | Oceanside | NY | Nassau |
|---|---|---|---|
| Terence Stackowitz | Oceanside | NY | Nassau |
| Roland Stancione | Brooklyn | NY | Kings |
| Jeriann Stella o/b/o Anthony Marotta | Merrick | NY | Nassau |
| William Streath | Hicksville | NY | Nassau |
| Lisa Anne Striano | Brooklyn | NY | Kings |
| Robert Striano | Brooklyn | NY | Kings |
| Patricia Strizak | Lowell | MA | Middlesex |
| Raghunath Subramanian | Rutherford | NJ | Bergen |
| Santhy Subramanian | Rutherford | NJ | Bergen |
| Robert Sullivan o/b/o Jennifer Sullivan | Summit | NJ | Union |
| Dawn Sulmasy o/b/o Warren Sulmasy | Smithfield | RI | Providence |

Rider

| | | | |
|---|---|---|---|
| Siu Yin Chiu o/b/o Kum Shui Lee | New York | NY | New York |
| Michael Ganci | Freeport | NY | Nassau |
| John Guma | Manorville | NY | Suffolk |
| Marian Herbert | Brooklyn | NY | Kings |
| Robert Howard | Greenlawn | NY | Suffolk |
| Joseph LaVolpe | Seaford | NY | Nassau |
| Craig Louttit o/b/o Joseph Scelso | Flushing | NY | Queens |
| Marjorie Newsome | Bronx | NY | Bronx |
| Michael Newsome | Bronx | NY | Bronx |
| Noreen Schell | Whiting | NJ | Ocean |
| William Schell | Whiting | NJ | Ocean |
| Evelyn Surillo | Freeport | NY | Nassau |
| Jason Surillo | Freeport | NY | Nassau |
| Timothy Swinton o/b/o Christine Rose Swinton | Schroon Lake | NY | Essex |
| Frank Tarantino | Amityville | NY | Suffolk |
| Roseann Tarantino | Amityville | NY | Suffolk |
| Ozvardo Taylor | Cambria Heights | NY | Queens |
| Albani Themo | Flushing | NY | Queens |
| Maria Magdalena Themo | Flushing | NY | Queens |
| Loretta Thomas | Bronx | NY | Bronx |
| Christina Thompson | New York | NY | New York |
| Anne Tierney | White Plains | NY | Westchester |
| Doris Tierney | New York | NY | New York |
| Richard Tierney | White Plains | NY | Westchester |
| Medain Tobar | Sapulpa | OK | Creek |
| Annette Tomarazzo | Hoboken | NJ | Hudson |
| Karen Tompkins | Staten Island | NY | Richmond |
| Rudy Toolasprashad | Queens Village | NY | Queens |
| Juan Torres | Elizaville | NY | Columbia |
| Migdalia Torres | Elizaville | NY | Columbia |
| Sandra Fabiola Torres | West Islip | NY | Columbia |
| Severo Torres | West Islip | NY | Suffolk |
| Sixto R. Torres | Brooklyn | NY | Kings |
| Joseph Tracy | New York | NY | New York |
| Marianne Trani | Mill Neck | NY | Nassau |
| Vancy Trumpet | Jersey City | NJ | Hudson |
| Winston C. Trumpet | Jersey City | NJ | Hudson |
| Kwock Ching Tsang | Brooklyn | NY | Kings |
| Mimi Tsang | Brooklyn | NY | Kings |
| James Tsu | Valley Stream | NY | Nassau |
| Ernestine Tuck | Bronx | NY | Bronx |
| Brian Turkfeld | Great Neck | NY | Nassau |
| Denise Twining | Kings Park | NY | Suffolk |
| Kurt Twining | Kings Park | NY | Suffolk |

Rider

| Julia Ulrich | Islip Terrace | NY | Suffolk |
|---|---|---|---|
| Thomas Ulrich | Islip Terrace | NY | Suffolk |
| Jeannine Uske | Staten Island | NY | Richmond |
| Joseph Uske | Staten Island | NY | Richmond |
| Raj Varma | Bellerose | NY | Nassau |
| Shashi Varma | Bellerose | NY | Nassau |
| Brian Velasquez | New York | NY | New York |
| Michael Vittoria | New York | NY | New York |
| Gerri Vopelak o/b/o Edmund Stalzer | Merrick | NY | Nassau |
| Lucretia Walker | Carteret | NJ | Middlesex |
| Harry Walters | New York | NY | New York |
| Juliana Wan | Coconut Creek | FL | Broward |
| Kenneth Wan | Coconut Creek | FL | Broward |
| Anthony B. Washington | Frederick | MD | Frederick |
| Craig Watkins | Staten Island | NY | Richmond |
| Theodore Weisberg | New York | NY | New York |
| Cathy Weiss o/b/o Christopher Weiss | Fort Pierce | FL | St. Lucie |
| Doris Weller | West Babylon | NY | Suffolk |
| Rennis Wellman o/b/o Candice Wellman | New York | NY | New York |
| Elizabeth Welsh | Rye | NY | Westchester |
| James Welsh | Rye | NY | Westchester |
| Gary S. White | Staten Island | NY | Richmond |
| Melissa Whitfield | Hempstead | NY | Nassau |
| Garth Williams | Bronx | NY | Bronx |
| Marcovan Wilson | Freeport | NY | Nassau |
| Stanley Wilson | Elizabeth | NJ | Union County |
| Barbara Wohl o/b/o Mickey Wohl | Holliswood | NY | Queens |
| Ava Wolf o/b/o Lisa Wolf | Gilbert | AZ | Maricopa |
| Daniel Wong | Tappan | NY | Rockland |
| Wan Yuk Wong o/b/o Choyik Sze | New York | NY | New York |
| Ursyl Wilfred-Woods o/b/o Calmet Woods | Brooklyn | NY | Kings |
| Sajid Wraich o/b/o Hameed Wraich | Brooklyn | NY | Kings |
| Sajid Wraich | Brooklyn | NY | Kings |
| Anthony Wright | Hackensack | NJ | Bergen |
| Jeramie Wright | Austin | TX | Travis |
| Tempy Wright | Austin | TX | Travis |
| Thomas Wuensch | Darien | CT | Fairfield |
| Amy J. Yee | Tappan | NY | Rockland |
| Kenny Yee o/b/o Pei Lynn Yee | Elmhurst | NY | Queens |
| Jamie Young | Arverne | NY | Queens |
| Kathleen Yu | Greenwich | CT | Fairfield |
| Chand Zafar | Jersey City | NJ | Hudson |
| Gail Zawadowski | Brooklyn | NY | Kings |
| Robert Zawadowski | Brooklyn | NY | Kings |

Rider

| Bryan Zinger | Bellmore | NY | Nassau |
| James Zwolinski | Westport | CT | Fairfield |

Rider

| | | | |
|---|---|---|---|
| Jame Abbananto | Franklin Square | NY | Nassau |
| Anjana Abdool | Valley Stream | NY | Nassau |
| Wazeer Abdool | Valley Stream | NY | Nassau |
| Elizabeth Agudo | Owensboro | KY | Daviess |
| Marcelo Agudo | Owensboro | KY | Daviess |
| Rolando Alfaro | North Baldwin | NY | Nassau |
| Richard Allen | Seymour | CT | New Haven |
| Thomas Amoia | Whitehouse Station | NJ | Hunterdon |
| Alicia Anderson | Brookhaven | NY | Suffolk |
| Donald C. Anderson | Brookhaven | NY | Suffolk |
| Thomas Antonino | Wantagh | NY | Nassau |
| Emelina Aquino | New York | NY | New York |
| Duane Arroyo | Wantagh | NY | Nassau |
| Maria Betania Arroyo | Wantagh | NY | Nassau |
| Brenda Atkinson | Oakdale | NY | Suffolk |
| Jamie Atkinson | Oakdale | NY | Suffolk |
| Adrienne Augustus | Brooklyn | NY | Kings |
| Michele Awobuluyi | New York | NY | New York |
| Robert Azar | Brooklyn | NY | Kings |
| Joseph Bailey | Culpeper | VA | Culpeper |
| Linda Balavram | Highland Park | NJ | Middlesex |
| Stuart Balavram | Highland Park | NJ | Middlesex |
| Benedict Bardeguez | Bronx | NY | Bronx |
| Frances Bardeguez | Bronx | NY | Bronx |
| Deborah Barkow-Korenstein | Felton | CA | Santa Cruz |
| Arthur Barnes | New York | NY | New York |
| Carol A. Barnes | Commack | NY | Suffolk |
| James Barnes | Commack | NY | Suffolk |
| Annett Barnett | Saint Albans | NY | Queens |
| Milton G. Barnett | Saint Albans | NY | Queens |
| Daniel Barrasso | Brooklyn | NY | Kings |
| Kristy Barrasso | Brookyn | NY | Kings |
| Thomas J. Barrett | New Hampton | NY | Orange |
| John Barry | East Northport | NY | Suffolk |
| Attilio Basciano | Howell | NJ | Monmouth |
| Marie Basciano | Howell | NJ | Monmouth |
| Robert Bauer | Deer Park | NY | Suffolk |
| Faye Baughman | Westbury | NY | Nassau |
| Jimmy Belhouji | Brooklyn | NY | Kings |
| Wendy Joy Bennett | Mount Sinai | NY | Suffolk |
| Phil Berfond | Staten Island | NY | Richmond |
| Wanda Bernard | Bronx | NY | Bronx |
| Georgette R. Bertrand | Maple Shade | NJ | Burlington |
| Tyrone Bertrand | Maple Shade | NJ | Burlington |

Rider

| | | | |
|---|---|---|---|
| Glendina Birks | Jamaica | NY | Queens |
| Richard Birks | Jamaica | NY | Queens |
| Robert Blackwell | New York | NY | New York |
| Michael Blasi | Nutley | NJ | Essex |
| Patricia Blasi | Nutley | NJ | Essex |
| Yvette Boisnier | Sayville | NY | Suffolk |
| Steven Bonamo | Staten Island | NY | Richmond |
| Barry Bond | Levittown | NY | Nassau |
| Orazio Bongiovanni | Perrineville | NJ | Monmouth |
| Nadeen Bonilla-Hanif | New York | NY | New York |
| Jeffrey Bonk | Kemp | TX | Kaufman |
| Daniela Anca Borza | Charleston | SC | Charleston |
| Viorel Borza | Charleston | SC | Charleston |
| Paul Bosco | Staten Island | NY | Richmond |
| Iris Bourne | Jamaica | NY | Queens |
| Rodney Boyce | Brooklyn | NY | Kings |
| Sertaira Boyd | Newburgh | NY | Orange |
| Brian Brennan | Bronx | NY | Bronx |
| Raymond Brennan | Poinciana | FL | Osceola |
| Virginia S. Brennan | Poinciana | FL | Osceola |
| Barbara Broughel | Westport | CT | Fairfield |
| Daniel J. Brown | Ashburn | VA | Loudoun |
| Gail E. Brown | Bethpage | NY | Nassau |
| Lisa Brown | Bronx | NY | Bronx |
| Thomas Brown | Bethpage | NY | Nassau |
| Aimee Bryant | Taylors | SC | Greenville |
| Michael Bryant | Taylors | SC | Greenville |
| Norma Bucci | Dover | NJ | Morris |
| Ralph Bucci | Dover | NJ | Morris |
| Walter Burak | Sayville | NY | Suffolk |
| Stevie A. Burke | Shirley | NY | Suffolk |
| Kenneth Burns | Massapequa | NY | Nassau |
| Dorinda Bynum-Jones | Atlantic City | NJ | Atlantic |
| Elida Caban | Forest Hills | NY | Queens |
| Hermel Calle | Newark | NJ | Essex |
| Tara Cannon | Bartonsville | PA | Monroe |
| Anne Capewell | East Norwich | NY | Nassau |
| Richard T. Capewell | East Norwich | NY | Nassau |
| Brian Caputo | Centereach | NY | Suffolk |
| Jose Carbo | Bronx | NY | Bronx |
| Joseph Carrazana | Levittown | NY | Nassau |
| Mary Carrazana | Levittown | NY | Nassau |
| Fionnuala Carroll | Babylon | NY | Suffolk |
| Sean Carroll | Babylon | NY | Suffolk |

Rider

| | | | |
|---|---|---|---|
| Kim Caruso | Wantagh | NY | Nassau |
| Michael Chapman | Mount Sinai | NY | Suffolk |
| Jeffrey Colon | Bronx | NY | Bronx |
| Jo Eddy Friszell | Westbury | NY | Nassau |
| Christina Gorham | Bronx | NY | Bronx |
| Leakat Hanif | New York | NY | New York |
| Jessica Hernandez | Woodridge | NY | Sullivan |
| Edward Rice | Jamaica | NY | Queens |
| Annmarie Scuotto | Brooklyn | NY | Kings |
| Lisa Varallo | Forest Hills | Ny | Queens |
| Carolyn Vitale | Staten Island | NY | Richmond |
| Jonathan Wood Wiener | Westport | CT | Fairfield |